# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3027EA

_____

Danny Corbishley,                                    *
                                                     *
                    Appellant,                       *
                                                     *    Appeal from the United States
           v.                                        *    District Court for the Eastern
                                                     *    District of Arkansas.
Kenneth S. Apfel, Commissioner of                    *
Social Security,                                     *         [UNPUBLISHED]
                                                     *
                    Appellee.                        *

_____

Submitted:  February 12, 1999
    Filed:  February 19, 1999

_____

Before BOWMAN, Chief Judge, and FAGG and HANSEN, Circuit Judges.

_____

PER CURIAM.

Danny Corbishley appeals the district court's grant of summary judgment affirming the Commissioner's decision to deny Corbishley disability insurance benefits.  Having reviewed the record and the parties' briefs, we conclude that no error of law or fact appears and that an extended opinion would serve no useful purpose in this fact-intensive case.  We find substantial evidence supports the decision of the Commissioner, and Corbishley is not disabled for social security purposes.  We thus affirm the district court without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.